**ROGER W. TITUS**                                 **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                 **GREENBELT, MARYLAND 20770**
                                                                                      **301-344-0052**

# M E M O R A N D U M

TO:          Counsel of Record

FROM:      Judge Roger W. Titus

RE:          *USA v. Terrance Deangelo Hamlin*
                 Criminal No. RWT-15-0378

DATE:      November 17, 2015

                                        \* \* \* \* \* \* \* \* \*

On November 13, 2015, Defendant filed under seal two requests for Rule 17 subpoenas. ECF Nos. 27, 28. In response, the Government asked to be permitted to file a memorandum of law addressing Rule 17(c) issues. ECF No. 29. The Government's request is hereby **GRANTED** and it is directed to brief this issue by **November 25, 2015**. The Defendant is directed to **RESPOND on or before December 4, 2015**.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                                         /s/
                                                   Roger W. Titus
                                                   United States District Judge