# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**  
**UNITED STATES DISTRICT JUDGE**

**6500 CHERRYWOOD LANE**  
**GREENBELT, MARYLAND 20770**  
**301-344-0052**

## M E M O R A N D U M

TO:     Counsel of Record

FROM:   Judge Roger W. Titus

RE:     *USA v. Terrance Deangelo Hamlin*  
        Criminal No. RWT-15-0378

DATE:   April 11, 2016

\* \* \* \* \* \* \* \* \*

On April 8, 2016, Defendant filed under seal a request for a Rule 17 subpoena. ECF No. 103. The Government is hereby directed to file its response, if any, **on or before 2:00 pm on April 13, 2015**.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/  
Roger W. Titus  
United States District Judge