# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**  
**UNITED STATES DISTRICT JUDGE**

**6500 CHERRYWOOD LANE**  
**GREENBELT, MARYLAND 20770**  
**301-344-0052**

## M E M O R A N D U M

TO: Counsel of Record

FROM: Judge Roger W. Titus

RE: *USA v. Terrance Deangelo Hamlin*  
Criminal No. RWT-15-0378

DATE: April 15, 2016

\* \* \* \* \* \* \* \* \*

On April 15, 2016, Defendant filed two letters with the Court, one suggesting a continuance of the trial scheduled to commence on April 21, 2016, ECF No. 118, and the other requesting a continuance of the trial, ECF No. 119. The Court will treat these as Motions to Continue.

The Government is hereby directed to file its response to ECF Nos. 118 and 119, if any, **on or before 4:00 p.m. on Monday, April 18, 2016**. The Defendant is directed to file his reply, if any, **on or before 11:00 a.m. on Tuesday, April 19, 2016**. The Court will hear arguments on the motions on **Tuesday, April 19, 2016, at 4:00 p.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/  
Roger W. Titus  
United States District Judge